IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE:<br>HAYDEE RIVERA ARZUAGA<br><br>DEBTOR(S) | * * * * * * * * | CASE NO. 21-02085/ESL<br><br>CHAPTER 13<br><br>**ADVERSARY 21-00105/ESL** |
| HAYDEE RIVERA ARZUAGA<br><br>PLAINTIFF(S) | * * * * * | |
| COOPERATIVA AHORRO Y CREDITO ARECIBO (COOPACA)<br>ALEJANDRO OLIVERAS RIVERA, ESQ<br>AS CHAPTER 13 TRUSTEE<br><br>DEFENDANT(S) | * * * * * | |

## CERTIFICATE OF SERVICE
### RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS

TO THE HONORABLE COURT:

I, **ROBERTO FIGUEROA**, attorney for plaintiff, certify that on October 12, 2021, a true copy of the adversary cover sheet, complaint and summons, issued by the Court in the above captioned proceeding, were mailed to Defendant as follows:

**Coop A/C Arecibo (COOPACA), Call Box 1056, Arecibo PR 00613-1056, certified mail #7016137000074985992**

**Coop A/C Arecibo (COOPACA), c/o Juan A. Santos Berrios, Esq., PO Box 9102, Humacao PR 00792-9102, certified mail #7016137000074986005**

  **Coop A/C Arecibo (COOPACA)**, c/o William Mendez Pagan, Esq., President, Po Box 1056, Arecibo PR 00613-1056, certified mail #70161370000074985091

  **Alejandro Oliveras Rivera**, Chapter 13 Trustee, PO Box 9024062, San Juan PR 00902-4062, certified mail #70161370000074985985

Attached is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE:** The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participant. I also certify that a copy of this certificate of service was service was served by regular mail to plaintiff/Debtor Haydee Rivera Arzuaga, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of October, 2021.

        */s/ Roberto Figueroa-Carrasquillo*
        RFIGUEROA CARRASQUILLO LAW OFFICE PSC
        USDC 203614
        ATTORNEY FOR PLANTIFFS
        PO BOX 186
        CAGUAS, PR 00726
        TEL NO. (787) 744-7699/(787) 963-7699
        EMAIL rfc@rfigueroalaw.com




