Rivera Arzuaga,
    Plaintiff

Cooperativa Ahorro y Credito Arecibo (CO,
    Defendant

Adv. Proc. No. 21-00105-ESL

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: rosadoc     Page 1 of 3
Date Rcvd: Oct 14, 2021     Form ID: pdf002     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | JOSE CAPO-IRIARTE, U.S. Trustee Program, 500 Calle Tanca, Suite 301, San Juan, PR 00901 |
| ust | MONSITA LECAROS ARRIBAS (LD), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET 301, SAQN JUAN, PR 00901 |
| ust | TRACY N SCHROEDER, US TRUSTEE OFFICE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 14 2021 18:23:00 | JILL E KELSO, OFFICE OF THE US TRUSTEE, GEROGE C. YOUNG FEDERAL BLDG., 400 W. WASHINGTON STREET SUITE 1100, ORLANDO, FL 32801-2210 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | JOSE CARLOS DIAZ-VEGA, U.S. Trsutee, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | JULIO GUZMAN CARCACHE, U.S. Trustee Program, 500 Calle Tanca, Suite 301, San Juan, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS, OFFICE OF THE US TRUSTEE (UST), OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS, US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (CC), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (CF), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (CG), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (DD), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (ER), OFFICE |

| | | | |
|---|---|---|---|
| | | | OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (HB), US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (JC), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (KB), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (KM), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (LL), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (MB), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (MH), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (MM), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (MS), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (NG), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | MONSITA LECAROZ ARRIBAS (SE), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | NANCY PUJALS, OFFICE OF THE US TRUSTEE, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | OFFICE U.S. TRUSTEE, EXECUTIVE OFFICE OF THE US TRUSTEE, 500 TANCA STREET, SUITE 301, SAN JUAN, PR 00901-1922 |
| ust | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 14 2021 18:23:00 | US TRUSTEE, US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| ust | * | MONSITA LECAROZ ARRIBAS (CC), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |
| ust | * | MONSITA LECAROZ ARRIBAS(ER), OFFICE OF THE US TRUSTEE, OCHOA BUILDING, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ROBERTO FIGUEROA CARRASQUILLO | on behalf of Plaintiff Haydee Rivera Arzuaga rfc@rfigueroalaw.com G9942@notify.cincompass.com |

TOTAL: 1

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-02085-ESL13 |
| HAYDEE RIVERA ARZUAGA | Chapter 13 |
| DEBTOR | |
| HAYDEE RIVERA ARZUAGA | ADVERSARY NUMBER: 21-0105-ESL |
| PLAINTIFF | |
| VS | |
| COOPERATIVA AHORRO Y CREDITO DE ARECIBO (COOPACA) | |
| ALEJANDRO OLIVERAS RIVERA | FILED & ENTERED ON OCT/14/2021 |
| Defendant(s) | |

## ORDER AND NOTICE PRELIMINARY PRETRIAL AND SCHEDULING CONFERENCE

This adversary proceeding/contested matter is set for a preliminary pretrial and scheduling conference under Federal Rule of Bankruptcy Procedure 7016(b) (incorporating Federal Rule of Civil Procedure 16, and LBR 7016-1, on February 18, 2022 at 9:30 AM via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings.

Unless excused for good cause, each party shall be represented at the pretrial conference by counsel who is to conduct the trial on behalf of said party, and who shall be thoroughly familiar with the facts and applicable law of the case.

Counsel for each party and/or each pro se party are hereby ordered to make the disclosures required by Rule 26(a) of the Federal Rule of Civil Procedure, incorporated by Rule 7026, Federal Rules of Bankruptcy Procedure, fourteen (14) days prior to the conference.

Counsel for each party are further ordered to confer with opposing counsel and prepare and file with the court seven (7) days prior to the conference, a "JOINT PRETRIAL REPORT" containing the following:

    1. The basis for jurisdiction or objection to jurisdiction.

2. A statement of admitted or uncontested facts.

3. A brief statement of contested facts.

4. A statement of contested legal issues.

5. The time needed to complete discovery.

6. The need for amendment of pleadings and joinder of additional parties.

7. The time for filing of dispositive motions.

8. The plaintiff shall state the time needed to present his case-in-chief, including reservation of time for rebuttal.

9. The defendant and each additional party shall state the time needed to present his case-in-chief, including reservation of time for rebuttal.

Failure to comply with the requirements of this order may result in the imposition of sanctions, including, but not limited to the dismissal of the complaint, assessment of costs including attorneys' fees, or other penalties.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14 day of October, 2021.

*Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge